UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TYWAN M. SYKES, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   No.: 3:21-CV-217-TAV-DCP ) |
| MIKE FLYNN, BILL LEE, DAVID D. ROUSCH, ASHLEY SALEM, JANICE POSTEL, BLOUNT COUNTY, TENNESSEE, and DAVID DUGGAN, | ) ) ) ) ) ) ) ) |
|       Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

    **IT IS SO ORDERED.**

<u>  Thomas A. Varlan          </u>
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   <u>LeAnna R. Wilson  </u>
   CLERK OF COURT